NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Richard Rodriguez
600 Central Avenue #216
Riverside, CA 92507
(951) 532-2201

FILED
2022 APR 29 AM 11: 54
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

ATTORNEY(S) FOR: PRO PER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC Apartments LLC<br><br>Plaintiff(s),<br>v.<br>RICHARD RODRIGUEZ, DOES 1 TO 10, Inclusive<br><br>Defendant(s) | CASE NUMBER:<br>ED CV22-739-JGB (JEMx) JVS<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___Richard Rodriguez___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| AC Apartments LLC | PLAINTIFF |
| Richard Rodriguez | DEFENDANT |

April 29, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Richard Rodriguez

CV-30 (05/13)   NOTICE OF INTERESTED PARTIES