# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AC Apartments LLC<br><br>v.<br><br>Richard Rodriguez, et al;<br><br>PLAINTIFF(S)<br>DEFENDANT(S) | CASE NUMBER<br><br>EDCV22-739-JVS(JEMx)<br><br>NOTICE OF ASSIGNMENT OF EASTERN DIVISION REMOVAL CASE AND NOTICE RE CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE |

This case was initially assigned to District Judge ___Jesus G. Bernal___ and referred to Magistrate Judge ___John E. McDermott___ for discovery. Pursuant to General Order 21-01, this case has been randomly reassigned to District Judge ___James V. Selna___ .

District judges in the Central District of California refer all discovery-related motions to the assigned magistrate judge pursuant to General Order 05-07. Discovery-related motions should be noticed for hearing before the assigned magistrate judge. Please refer to the assigned judges' <u>Procedures and Schedules</u>, available on the Court's website at www.cacd.uscourts.gov/judges-requirements, for additional information.

The case number on all documents filed with the Court in this case should read as follows:

EDCV22-739-JVS(JEMx)

Clerk, U. S. District Court

| April 29, 2022 | By: C. Sawyer |
|---|---|
| Date | Deputy Clerk |

### ATTENTION

*The party that filed the case-initiating document in this case (for example, the complaint or the notice of removal) must serve a copy of this Notice on all parties served with the case-initiating document. In addition, if the case-initiating document in this case was electronically filed, the party that filed it must, upon receipt of this Notice, promptly deliver mandatory chambers copies of all previously filed documents to the newly assigned district judge. See L.R. 5-4.5. A copy of this Notice should be attached to the first page of the mandatory chambers copy of the case-initiating document.*

## Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
## (Eastern Division Blackout Case)

*This Eastern Division case has been assigned to a district judge in another division pursuant to General Order 21-01. The parties are advised they may consent to proceed before any available magistrate judge, including a magistrate judge in the Eastern Division, to conduct all further proceedings in the case pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. All magistrate judges in the Eastern Division are participating in the Voluntary Consent List of Civil Cases to Magistrate Judges' Program. Civil trials and hearings conducted before a magistrate judge in the Eastern Division may be a consideration for the convenience of the parties, counsel, and witnesses.*

*The consent list and consent form are available on the court's website at http://www.cacd.uscourts.gov/judges-requirements/court-programs/voluntary-consent-list-civil-cases-magistrate-judges-program. To confirm a particular magistrate judge's availability to schedule the trial in the time frame desired by the parties and/or willingness to accommodate any other special requests of the parties, please contact the magistrate judge's courtroom deputy.*

*The plaintiff or removing party must serve this Notice on each named party in the case.*